```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 01511
   WILLIAM T RUDDLE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-3566


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/24/2008 and was not confirmed.

     The case was dismissed without confirmation 04/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------

ASSET ACCEPTANCE LLC       UNSECURED              98.63        .00            .00
ASSET ACCEPTANCE LLC       UNSECURED             348.66        .00            .00
CALVARY PORTFOLIO SERVIC   UNSECURED            5180.93        .00            .00
CPI                        UNSECURED              77.40        .00            .00
CPI                        UNSECURED             315.00        .00            .00
LITTON LOAN SERVICING      NOTICE ONLY     NOT FILED           .00            .00
LITTON LOAN SERVICING      CURRENT MORTG          .00          .00            .00
LITTON LOAN SERVICING      MORTGAGE ARRE          .00          .00            .00
CHASE AUTO FINANCE         SECURED VEHIC     1814.00           .00            .00
LITTON LOAN SERVICING      CURRENT MORTG          .00          .00            .00
LITTON LOAN SERVICING      MORTGAGE ARRE          .00          .00            .00
AMERICAN GENERAL FINANCI   UNSECURED        NOT FILED           .00            .00
HOUSEHOLD BANK             UNSECURED        NOT FILED           .00            .00
CREDIT PROTECTION ASSOCI   UNSECURED        NOT FILED           .00            .00
SPRINT PCS                 UNSECURED        NOT FILED           .00            .00
FIRST PREMIER BANK         UNSECURED        NOT FILED           .00            .00
IC SYSTEMS                 UNSECURED        NOT FILED           .00            .00
NICOR GAS                  UNSECURED        NOT FILED           .00            .00
NICOR GAS                  UNSECURED        NOT FILED           .00            .00
TIRE ZONE                  UNSECURED        NOT FILED           .00            .00
KELLY M CORZINE            NOTICE ONLY     NOT FILED           .00            .00
BENNIE W FERNANDEZ         DEBTOR ATTY            .00                         .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 01511 WILLIAM T RUDDLE
```

```
TRUSTEE COMPENSATION                                                   .00
DEBTOR REFUND                                                          .00
                                    ---------------      ---------------
TOTALS                                          .00                    .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 07/22/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                          PAGE   2
          CASE NO. 08 B 01511 WILLIAM T RUDDLE